1

2

3

4                      UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    RICKY GRAY,                              Case No. 16-cv-02863-PJH

                  Plaintiff,
8
                                             **ORDER TO SHOW CAUSE**
9           v.

10   J. LEWIS, et al.,

                  Defendants.
11

12

13          Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. §

14   1983.  Plaintiff has also filed an application to proceed in forma pauperis.

15          The Prison Litigation Reform Act of 1995 ("PLRA"), provides that a prisoner may

16   not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner

17   has, on three or more prior occasions, while incarcerated or detained in any facility,

18   brought an action or appeal in a court of the United States that was dismissed on the

19   grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be

20   granted, unless the prisoner is under imminent danger of serious physical injury."  28

21   U.S.C. § 1915(g).  The phrase "fails to state a claim on which relief may be granted," as

22   used in § 1915(g), "parallels the language of Federal Rule of Civil Procedure 12(b)(6)."

23   *Andrews v. King*, 398 F.3d 1113, 1121 (9th Cir. 2005) (internal quotation marks omitted).

24   A case is "frivolous" within the meaning of § 1915(g) if "it is of little weight or importance:

25   having no basis in law or fact."  *Id.* (internal quotation marks omitted).  The court may

26   count as strikes dismissals of district court cases as well as dismissals of appeals.  *See*

27   *Rodriguez v. Cook*, 169 F.3d 1176, 1178 (9th Cir. 1999) (prisoner does not get three

28   frivolous claims and three frivolous appeals before being barred by § 1915(g)).  A

United States District Court
Northern District of California

1  dismissal under § 1915(g) means that a prisoner cannot proceed with his action as a

2  pauper under § 1915(g), but he still may pursue his claim if he pays the full filing fee at

3  the outset of the action.

4          It appears that plaintiff has at least three strikes pursuant to § 1915(g):

5       i.      *Gray v. Gomez*, No. 96-5106 (E.D. Cal. April 9, 1996), dismissed as
              frivolous.

6

7       ii.     *Gray v. Doyle*, No. 02-2667 (C.D. Cal. April 9, 2002), dismissed as
              frivolous.

8       iii.    *Gray v. Palmer*, No. 04-8354 (C.D. Cal. Nov. 4, 2004), dismissed for
              failure to state a claim.[1]

9

10      iv.     *Gray v. Cogdell*, No. 09-2624 (N.D. Cal. Oct. 21, 2009), dismissed
              for failure to state a claim, affirmed on appeal in *Gray v. Cogdell*, No.
              09-17454 (9th Cir. Dec. 27, 2010).

11

        Plaintiff shall show cause by **June 29, 2016**, why this case should not be deemed

12  three strikes barred and the application to proceed in forma pauperis denied.  Failure to

13  reply will result in dismissal.

14          **IT IS SO ORDERED.**

15  Dated: June 3, 2016

16

17

18                                              _____
                                               PHYLLIS J. HAMILTON
19                                             United States District Judge

20  \\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_02863_Gray_v_Lewis_(PSP)\16-cv-02863-PJH-osc-p.docx

21

22

23

24

25

26

27

28

---

[1] The Ninth Circuit revoked plaintiff's in forma pauperis status on appeal after finding that
he had three strikes relying on the first three cases discussed above.  *Gray v. Zargoza*,
No. 10-55983 (9th Cir. Sep. 14, 2010).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY GRAY,

            Plaintiff,

     v.

J. LEWIS, et al.,

            Defendants.

Case No.  16-cv-02863-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky  Gray ID: C-32622
2-A3-04
Corcoran State Prison
P. O. Box 715071 -2-A3-04
Represa, CA 95671

Dated: June 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

3